# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151177

POSEN CONSTRUCTION, INC.,
       Plaintiff,

v

CITY OF DEARBORN,
       Defendant/Third-Party Plaintiff-
       Appellee,

v

NEYER, TISEO & HINDO, LTD.,
d/b/a NTH CONSULTANTS, LTD.,
       Third-Party Defendant-Appellant.

SC: 151177
COA: 311214
Wayne CC: 09-003465-CK

_____/

      On order of the Court, the application for leave to appeal the January 27, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

p0229